IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DOMINIQUE DWAYNE GULLEY,

    Plaintiff,                          JUDGMENT IN A CIVIL CASE

v.                                          Case No. 14-cv-321-wmc

JEROME A. SWEENEY,

    Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Dominique Dwayne Gulley's request for leave to proceed and dismissing this case with prejudice as legally frivolous.

    /s/                                                           6/25/2015

Peter Oppeneer, Clerk of Court                      Date